UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN STANFORD, )
)
          Plaintiff, )
)
          v. )    Civil Action No. 09 0814
)
STEVE HUMMEL, )
)
          Defendants. )

**MEMORANDUM OPINION**

This matter is before the Court upon consideration of Plaintiff's application to proceed *in forma pauperis* and his *pro se* complaint. The application will be granted, and the complaint will be dismissed.

Plaintiff, who is awaiting a new trial on drug charges, alleges that defendant, a Special Agent of the Drug Enforcement Administration, provided "fabricated and misleading" testimony before a grand jury. Compl. at 2 (page numbers designated by the Court). He requests "some type of compensation as to the length of time" he has been held in custody as a result of defendant's "delibrate [sic] attempt . . . to get [him] sent to prison for being what [defendant] calls a drug lieutenant." *Id.* at 5. Placing "a dollar amount" on his claim, plaintiff "would say 200,000 dollars plus any attorney fees." *Id.*

Plaintiff's claim for damages in this civil rights action challenging the fact or duration of confinement must fail. Plaintiff must first establish that his confinement has been invalidated by "revers[al] on direct appeal, expunge[ment] by executive order, declar[ation of invalidity] by a state tribunal authorized to make such determination, or . . . a federal court's issuance of a writ of

habeas corpus." *Heck v. Humphrey*, 512 U.S. 477, 486-87 (1994); *accord White v. Bowie*, 194 F.3d 175 (D.C. Cir. 1999) (table). Plaintiff has not satisfied the prerequisite and therefore fails to state a claim.

The Court will dismiss the complaint without prejudice. An Order consistent with this Memorandum Opinion will be issued separately on this same date.

United States District Judge

DATE: April 27, 2009